# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 27, 2010**

| | | |
|---|---|---|
| 28505 | 143 Nenue Holdings, LLC v. Bonds | Affirmed |
| 29705 | State v. McCormack | Affirmed |

**May 28, 2010**

| | | |
|---|---|---|
| 29664 | Crowell v. State | Affirmed |
| 28458 | State v. Kanakanui | Vacated and Remanded |
| 29682 | Torres v. State | Affirmed |

**June 2, 2010**

| | | |
|---|---|---|
| 29948 | State v. Hans | Affirmed |

**June 3, 2010**

| | | |
|---|---|---|
| 29823 | State v. Eddington | Reversed |

**June 21, 2010**

| | | |
|---|---|---|
| 29276 | Lum v. Zoning Bd. of Appeals of City and County of Honolulu | Affirmed |
| 30012 | State v. Kotani | Reversed |

**June 22, 2010**

| | | |
|---|---|---|
| 29538 | Mogilefsky v. County of Maui | Affirmed |
| 30019 | State v. Botelho | Reversed |